United States District Court
Southern District of Texas
**ENTERED**
October 09, 2019
David J. Bradley, Clerk

# HEARING MINUTES AND ORDER

**Cause Number**: 19cv2162

**Style**:  Fire Protection Service, Inc. V. Survitec Survival Products, Inc.

**Appearances**:

| **Counsel**: | **Representing**: |
|---|---|
| William Matney | Plaintiffs |
| Anacarolina Estaba | Defendant |

**Date**:  October 7, 2019          **ERO**: Yes
**Time**: 1:05 p.m. - 1:16 p.m.     **Interpreter**:

**At the hearing the Court made the following rulings**:

Pretrial conference held. Parties are exchanging documents and are in discussions.

Revised joint discovery case management plan/status report due **November 7, 2019.**

Pretrial conference set for **November 12, 2019, at 1:30 p.m.**

**SIGNED** at Houston, Texas this 7th day of October, 2019.