United States District Court
Southern District of Texas
**ENTERED**
November 13, 2019
David J. Bradley, Clerk

# HEARING MINUTES AND ORDER

**Cause Number**: 19-cv-2162

**Style**: Fire Protection Service, Inc. V. Survitec Survival Products, Inc.

**Appearances**:

| **Counsel**: | **Representing**: |
|---|---|
| Scott Matney | Plaintiff |
| Anacarolina Estaba | Defendant |

**Date** November 12, 2019          **ERO**: Yes
**Time**: 2:00 p.m. - 2:21 p.m.      **Interpreter:**

**At the hearing the Court made the following rulings**:

Pretrial conference held. Docket control order to follow.

**SIGNED** at Houston, Texas this 12th day of November, 2019.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE