United States District Court
Southern District of Texas
**ENTERED**
February 12, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FIRE PROTECTION SERVICE, INC., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-2162 |
| | § | |
| SURVITEC SURVIVAL PRODUCTS, INC., | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

In accordance with the findings of fact and conclusions of law set forth in the accompanying Memorandum and Order, it is hereby

**ORDERED** that Defendant Survitec Survival Products, Inc.'s Rule 52(c) Motion for Judgment on Partial Findings [Doc. # 62] is **GRANTED** and judgment on Plaintiff Fire Protection Service, Inc.'s First Amended Complaint is entered in favor of Defendant. It is further

**ORDERED** that taxable costs are assessed against Plaintiff.

This is a final, appealable judgment.

SIGNED at Houston, Texas, this 12th day of **February, 2021.**

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2019\2162FJ.wpd   210210.1213