IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FIRE PROTECTION SERVICE, INC., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:19-cv-02162 |
| SURVITEC SURVIVAL PRODUCTS, INC. d/b/a SIRVOTEC GROUP, | § § § § | |
| *Defendant.* | § § § | |

**PLAINTIFF FIRE PROTECTION SERVICE, INC.'S NOTICE OF APPEAL**

Plaintiff Fire Protection Service, Inc. gives notice that it hereby appeals the Final Judgment in this case, entered on February 12, 2021, to the United States Court of Appeals for the Fifth Circuit. *See* Exhibit A (final judgment).

Respectfully submitted,

*/s/ Scott Matney*
Scott Matney
Texas Bar No. 24010747
smatney@fps-usa.com
Fire Protection Service, Inc.
8050 Harrisburg Blvd.
Houston, Texas 77012
Telephone: (713) 924-9600
Facsimile: (713) 924-9651

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2021, this notice was served via electronic service through eFile.TXCourts.gov on parties through counsel of record, listed below:

| | |
|---|---|
| Peter A. McLauchlan<br>State Bar No. 13740900<br>Peter@McLauchlanLawGroup.com<br>THE MCLAUCHLAN LAW GROUP LLC<br>950 Echo Lane, Suite 250<br>Houston, Texas 77024<br>Telephone:  (832) 966-7210<br>Facsimile:  (832) 966-7210 | Jeremy J. Gaston<br>State Bar No. 24012685<br>jgaston@hcgllp.com<br>HAWASH CICACK & GASTON LLP<br> 3401 Allen Parkway, Suite 200<br>Houston, Texas 77019<br>Telephone:  (713) 658-9007<br>Facsimile:  (713) 658-9007 |

David C. McLauchlan (*pro hac vice*)
Illinois State Bar No. 1855166
Federal Bar No. 1855166
David@McLauchlanLawGroup.com
THE MCLAUCHLAN LAW GROUP LLC
401 North Michigan Avenue, Suite 1200
Chicago, Illinois 60611
Telephone:  (312) 445-8544
Facsimile:  (312) 445-8540

**COUNSEL FOR DEFENDANT
SURVITEC SURVIVAL PRODUCTS, INC.**

*/s/ Scott Matney*<br>Scott Matney

**EXHIBIT A**

United States District Court
Southern District of Texas
**ENTERED**
February 12, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FIRE PROTECTION SERVICE, INC., § <br> Plaintiff, § <br> § <br> v. § <br> § <br> SURVITEC SURVIVAL PRODUCTS, § <br> INC., § <br> Defendant. § | CIVIL ACTION NO. 4:19-2162 |

## FINAL JUDGMENT

In accordance with the findings of fact and conclusions of law set forth in the accompanying Memorandum and Order, it is hereby

**ORDERED** that Defendant Survitec Survival Products, Inc.'s Rule 52(c) Motion for Judgment on Partial Findings [Doc. # 62] is **GRANTED** and judgment on Plaintiff Fire Protection Service, Inc.'s First Amended Complaint is entered in favor of Defendant. It is further

**ORDERED** that taxable costs are assessed against Plaintiff.

This is a final, appealable judgment.

SIGNED at Houston, Texas, this 12th day of **February, 2021.**

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2019\2162FJ.wpd   210210.1213