UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Fire Protection Service, Inc.

*versus*                                                                 Case Number: 4:19–cv–02162

Survitec Survival Products, Inc.

## NOTICE OF NON–COMPLIANCE

The appellant (or counsel for the appellant, if represented) has failed to:

- Submit the DKT13 transcript order form.

Date: September 25, 2024.

Nathan Ochsner, Clerk