Case 4:19-cv-02162   Document 154   Filed on 08/26/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 26, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FIRE PROTECTION SERVICE, INC., § § § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. H-19-2162 |
| § § | |
| SURVITEC SURVIVAL PRODUCTS, § INC., § § | |
| Defendant. § | |

# ORDER

This is the first of two related cases between the parties on the court's docket. On July 18, 2023, this court granted Survitec's renewed motion for judgment on partial findings, concluding that life rafts are not "Equipment" under the Texas Fair Practices of Equipment Manufacturers, Distributors, Wholesalers, and Dealers Act. (Docket Entry No. 102). That decision resolved Fire Protection Services's claim under the Act, and the court later entered final judgment in Survitec's favor. (Docket Entry Nos. 142, 145). While Fire Protection Services appealed the court's ruling in the first, dealer-protection case, the court from August 11, 2025, to August 14, 2025, held a bench trial in the second of the two related cases on Survitec's claims against Fire Protection Services for trademark infringement. *See Survitec Survival Prods., Inc. v. Fire Prot. Srvs., Inc.*, No. 21-312 (S.D. Tex.).

After the bench trial concluded, the Fifth Circuit reversed this court's ruling in the first, dealer-protection case, held that life rafts qualify as "Equipment" under the Act, and remanded the matter for further proceedings consistent with its opinion. *See Fire Prot. Srv., Inc. v. Survitec Survival Prods., Inc.*, No. 24-20405, slop op at 1 (5th Cir. Aug. 21, 2025). The court now asks the

2

parties how to proceed with both cases. By September 2, 2025, the parties must submit a brief of no more than five pages addressing: (1) whether the Fifth Circuit's decision in the dealer-protection case impacts the issues the parties tried in the trademark-infringement case; and (2) their preferred approach to resolving the dealer-protection case now that the court has jurisdiction over both disputes.

SIGNED on August 26, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge